**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-6279**

———————

GEORGE W. DAY, JR.,

                                        Petitioner - Appellant,

        versus

THOMAS    MCBRIDE,    Warden,    Mount    Olive
Correctional Complex,

                                        Respondent - Appellee.

———————

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.  Charles H. Haden II,
District Judge.  (CA-03-185-2)

———————

Submitted:  June 30, 2004          Decided:  July 14, 2004

———————

Before WILKINSON, TRAXLER, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Matthew  Anthony  Victor,  VICTOR,  VICTOR  &  HELGOE,  L.L.P.,
Charleston, West Virginia, for Appellant.  Jon Rufus Blevins,
OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West
Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George W. Day, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001). We have independently reviewed the record and conclude that Day has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -